JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AmGUARD INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WANG HANE GROUP INC., dba MONTE CARLO INN, a California corporation; MAY HSIAO MEI WANG. a California citizen; SARAH FREDERICK, a California Citizen.<br><br>　　　　　Defendants. | Case No. CV 21-6337-DMG (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [33]** |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is DISMISSED with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure;

2. The court shall retain jurisdiction through August 22, 2022 to set aside the dismissal with prejudice and reopen this action in the event of a failure of the settlement of the underlying action known as <u>Sarah Frederick v. Monte Carlo Inn et al.</u>, Los Angeles County Superior Court Case No. 19STCV08500;

3. Each party shall bear its or her own attorneys' fees and costs; and

4. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: March 17, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE